# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

135977

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KARLA SUE LOCKMAN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135977
COA: 273330
Charlevoix CC: 05-005010-FH

On order of the Court, the application for leave to appeal the January 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

1020